```
UNITED STATES DISTRICT COURT
   DISTRICT OF CONNECTICUT
```

SUE ANN HANNON,                  :
                                 :
    Plaintiff,              :
                                 :
    v.                      :    CIVIL NO. 3:10CV976 (RNC)
                                 :
MICHAEL J. ASTRUE,               :
COMMISSIONER OF                  :
SOCIAL SECURITY,                 :
                                 :
    Defendant.              :

## **AMENDED SCHEDULING ORDER**

On September 24, 2010, the defendant filed an answer with the Administrative Record. (Doc. #11.) To date, neither party has filed a dispositive motion and the deadlines in the initial pretrial order (doc. #4) have passed. Accordingly, by March 18, 2011, the plaintiff shall file a motion and a supporting memorandum of law, and by April 25, 2011, the defendant shall file a motion and supporting memorandum of law.

SO ORDERED at Hartford, Connecticut this 15th day of February, 2011.

                                              _____/s/_____
                                              Donna F. Martinez
                                              United States Magistrate Judge